**Charles Robert MORRIS, III,**
**Plaintiff–Appellant,**

v.

**Danny WHITE, Probation Officer; Ronald J. Cavanaugh, Chief Probation Officer; Ryan Hall, Probation Officer, Defendants–Appellees.**

**No. 15–6224.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 23, 2015.

Charles Robert Morris, III, Appellant Pro Se.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Robert Morris, III appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Morris v. White,* No. 1:14–cv–01391–LO–TRJ (E.D.Va. filed Jan. 7, 2015; entered Jan. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*